**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CAROLINE HENRICH | CIVIL ACTION |
| v. | NO. 20-6281 |
| HENKELS & MCCOY, INC. et al. | |

## ORDER RE: DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

**AND NOW**, on this 26th day of August, 2022, for the reasons stated in the foregoing Memorandum and upon careful consideration of Defendants Henkels & McCoy, Inc.; Henkels & McCoy Group, Inc.; H&M Shared Services, Inc.; and T. Roderick Henkels's Motion for Partial Summary Judgment (ECF 27), Plaintiff Caroline Henrich's Response (ECF 29), and Defendants' Reply (ECF 30), it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____

MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 20\20-6281 Henrich v Henkels & McCoy\20cv6281 Order re MSJ.docx